INHABITANTS OF STOUGHTON *vs.* COUNTY COMMISSIONERS OF NORFOLK.

The remedy of the owner of land, for damages sustained by the raising of a highway by a town, pursuant to an order of the county commissioners for the alteration of the way, is against the county, under Rev. Sts. *c.* 24, § 11, and not against the town, under *c.* 25, § 6.

PETITION for a writ of *certiorari* to quash the proceedings of the county commissioners, ordering a warrant to issue for a jury to assess against the petitioners the damages occasioned to the land of Edward Cole by the raising of the grade of a highway in Stoughton by the agents of the town, pursuant to an order of the commissioners for the alteration of the highway, by widening and straightening it at certain places specified.

The ground relied on by the petitioners was, that the raising of the grade not having been done by the selectmen of the town for the purpose of repairing the highway, but in the altering of a highway by the commissioners, pursuant to Rev. Sts. *c.* 24, §§ 1–11, the damages must, under those sections, be assessed against the county, and not against the town; and that Cole, in proceeding under Rev. Sts. *c.* 25, § 6, had mistaken his remedy And of that opinion were the court.

*Writ of certiorari to issue.*

*E. Ames,* for the petitioners.

*J. Field & A. Dickerman,* for the respondents.